UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

**Hearing Information:**

Debtor: ANGEL MANUEL MARRERO VAZQUEZ and LESLIE ANN COTTO SANCHEZ
Case Number: 10-00412-BKT13          Chapter: 13
Date / Time / Room: 7/5/2011 9:00 AM
Bankruptcy Judge: BRIAN K. TESTER
Courtroom Clerk: AIDA MACHARGO
Reporter / ECR: INECITA COLLAZO

**Matter:**

Motion for Relief From Stay Under 362 filed by BPPR (#29) & Debtors reply (#36)

**Appearances:**
ALEXANDRA RODRIGUEZ , FOR CHAPTER 13 TRUSTEE
ROBERTO FIGUEROA CARRASQUILLO FOR DEBTOR
WALLACE VAZQUEZ SANABRIA FOR MOVANT

**Proceedings:**

ORDER:

A Final Hearing will be scheduled for 8/11/2011 AT 9:00 A.M. The 30-day determination period waived. The Post Confirmation Modification Plan and Trustee's Unfavorable Recommendation will also be heard on this date.

SO ORDERED.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge