IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ANGEL MANUEL MARRERO VAZQUEZ

LESLIE ANN COTTO SANCHEZ

CASE NO. 10-00412 BKT

Chapter 13

XXX-XX-7259

XXX-XX-2383

FILED & ENTERED ON 11/02/2011

**Debtor(s)**

## ORDER

The trustee's motion to inform confirmed plan base increase (docket #55) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico this 02 day of November, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES